LAW OFFICES OF MITCHELL S. SEGAL, P.C.

| | |
|---|---|
| 1129 NORTHERN BOULEVARD | N.Y.C. Office |
| SUITE 404 | 137 Fifth Avenue, 9th Floor |
| MANHASSET, NEW YORK 11030 | New York, N.Y. 10010 |
| Ph:  (516) 415-0100 | Ph: (212) 388-9444 |
| Fx:  (516) 706-6631 | |

Via ECF Filing
Honorable Judge John G. Koeltl                February 21, 2021
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:  <u>CHRISTIAN SANCHEZ, on behalf of himself and all others similarly situated v. GRIZZLY GRIPTAPE LLC.</u>
         Case No.:  1:20-cv-10682-JGK

Dear Judge John G. Koeltl:

    I was recently engaged by the Defendant GRIZZLY GRIPTAPE LLC in the above referenced matter and request an extension of time to March 22, 2021 in order to respond to the Plaintiff's Complaint.  I have contacted the Plaintiff's counsel to ask for the Plaintiff's consent but, as of the date of this filing, I have not heard back.  I respectfully request the Court to grant this extension of time.

    This is the first extension request in this matter.  I thank your honor for the time taken to review this request.

                                      Respectfully submitted,

                                      /s/ Mitchell Segal
                                      Mitchell Segal

| | |
|---|---|
| Application granted. | |
| SO ORDERED. | |
| | /s/ John G. Koeltl |
| New York, New York | John G. Koeltl |
| February 22, 2021 | U.S.D.J. |