```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

CHRISTIAN SANCHEZ,

              Plaintiff,          20-cv-10682 (JGK)

    - against -              ORDER

GRIZZLY GRIPTAPE LLC,

              Defendant.

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    As discussed during the teleconference held on March 1, 2021, the plaintiff should answer by March 22, 2021. The parties should submit a 26(f) report by April 2, 2021. The case will be referred to the mediation panel for possible settlement. The parties should advise the Court of the status of the case within 7 days from the conclusion of mediation.

**SO ORDERED.**

Dated:    New York, New York
           March 1, 2021

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                              United States District Judge